**Order filed September 19, 2017**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00173-CR
_____

### AARON MICHAEL BLAY, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 177th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1464213**

## ORDER

Appellant is represented by appointed counsel, **Sarah Beth Landau**. Appellant's brief was originally due May 25, 2017. We have granted a total of 97 days to file appellant's brief until August 30, 2017. When we granted the last extension, we noted that no further extensions would be granted absent exceptional circumstances. No brief was filed, and no motion for extension has been filed.

Hurricane Harvey struck the Texas coast on August 25, 2017. On August 28, 2017, the Court of Criminal Appeals issued Misc. Docket No. 17-010, an emergency order directing all courts in Texas to consider disaster-related delays as good cause for modifying or suspending all deadlines in any case.

Accordingly, we order Sarah Beth Landau to file a brief with the clerk of this court on or before **October 2, 2017**. If counsel does not timely file appellant's brief as ordered, the court may issue an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for the failure to file the brief and the consideration of sanctions, appointment of new counsel, or other appropriate relief.

PER CURIAM

Panel consists of Justices Jamison, Busby, and Donovan